# CASE ANNOUNCEMENTS

*January 22, 2014*

[Cite as *01/22/2014 Case Announcements*, 2014-Ohio-176.]

## MERIT DECISIONS WITHOUT OPINIONS

**2013–0590. State v. Smith.**
Mahoning App. No. 11 MA 120, 2013-Ohio-756. On appellant's motion to vacate briefing stay and appellee's motion to dismiss as improvidently accepted. Motion to vacate briefing stay denied. Motion to dismiss as improvidently accepted granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.
O'NEILL, J., dissents and would schedule the case for oral argument.

**2013–1602. State ex rel. Messer v. Colaluca.**
In Mandamus and Prohibition. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1673. Grenoble v. Duffey.**
In Habeas Corpus. On petition for writ of habeas corpus of Dean Grenoble. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1700. Rahman v. Wells Fargo Bank, N.A.**
In Procedendo and Prohibition. On motions to dismiss of respondents. Motions granted. On relator's motion for leave to file amended complaint, request for admissions (pleadings), alternatively, motion for granting an order for pleadings, motion for alternative writs, and judicial notice of adjudicative fact; alternatively, motion for court hearing for findings of fact on trespass, fraudulent documentations, and discrimination issues in this case, it is ordered that the motions and request are denied. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.
O'DONNELL, J., not participating.

**2013–1783. Pettyjohn v. Martin.**
In Mandamus. On complaint in mandamus of Donald Pettyjohn. Upon S.Ct.Prac.R. 12.04 consideration, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1788. Adams v. Ohio Pub. Emps. Retirement Sys.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1789. State ex rel. Goodwin v. Sheldon.**
In Habeas Corpus. On petition for writ of habeas corpus of Michael Goodwin. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, ODONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1810. State ex rel. Berry v. Bessey.**
In Mandamus. On answer of respondents and motion for judgment on the pleadings. Motion for judgment on the pleadings granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.